

Nick Mirr
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorney for Christopher Vaughn Schlax

United States District Court
Eastern District of Washington
Honorable Stanley A. Bastian

| | |
|---|---|
| United States, | No. 1:22-CR-2109-SAB-2 |
| Plaintiff, | Objections to Presentence Report |
| v. | |
| Christopher Vaughn Schlax, | |
| Defendant. | |

On January 24, 2024, the United States Probation Office (USPO) filed a draft of Mr. Schlax's Presentence Investigation Report (PSR). Defense counsel and Mr. Schlax have reviewed the draft and discussed potential objections or changes to be made. During these reviews, some minor errors were noted. Defense counsel contacted USPO Jennifer Dykstra and addressed these errors informally. Mr. Schlax has no further objections to the draft PSR at this time.

Dated: February 7, 2024.

    Federal Defenders of Eastern Washington & Idaho
    Attorneys for Christopher Vaughn Schlax

    <u>s/ Nick Mirr</u>
    Nick Mirr, AT0014467
    Iowa State Bar Ass'n
    306 E. Chestnut Ave.
    Yakima, Washington 98901
    t: (509) 248-8920
    nick_mirr@fd.org

Service Certificate

I certify that on February 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Courtney Pratten.

<u>s/ Nick Mirr</u>
Nick Mirr, AT0014467
Iowa State Bar Ass'n
306 E. Chestnut Ave.
Yakima, Washington 98901
t: (509) 248-8920
nick_mirr@fd.org